

Feb 08 2023

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Khaliq Hall<br><br>*Defendant(s)* | ) ) ) ) Case No. 3:23 mj13<br>) ) ) ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 1, 2022 to July 3, 2022__ in the city/county of __City of Richmond and elsewhere__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sections 841 and 846 | Conspiracy to possess with the intent to distribute and to distribute and possession and distribution, in excess of 50 kilograms, of marijuana, a Schedule I controlled substance |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

Stephen W. Miller, ass't U.S. att
*Printed name and title*

*Complainant's signature*

Rodney D. WARD Task Force officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

__TELEPHONE__ *(specify reliable electronic means)*.

Date: FEB. 8, 2023

*Judge's signature*

City and state: Richmond, Virginia

Mark R. Colombell, United States Magistrate Judge
*Printed name and title*