

AFFIDAVIT OF
RODNEY WARD
TASK FORCE OFFICER
BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIES

3:23mj13

I, Rodney D. Ward, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF), and have been since September 2014. Your affiant is a graduate of the Virginia State Police Basic Law Enforcement Academy and has served as a member of the Department of State Police for twenty years. As a sworn police officer in the Commonwealth of Virginia, your affiant has been responsible for investigating traffic accidents, robbery, malicious wounding, burglary, firearms, illegal narcotics and assaults that occurred in the Commonwealth of Virginia. Your affiant has led and/or participated in numerous felony criminal investigations/arrests in the Commonwealth of Virginia, and the Federal Eastern District of Virginia. These cases have included narcotics and/or firearms violations, which are included in Titles 18 and 21 of the United States Code. Your affiant has authored several search and seizure and arrest warrants in connection with these investigations.

2. The training provided at the Virginia State Police Training Academy included extensive coursework and practical exercises in Constitutional Law, Criminal Law, Fourth Amendment Law, State and Federal Court Procedures, Conspiracies and Parties thereto, Self-Incrimination, and Physical Evidence.

3. The facts in this affidavit come from my personal observations, my training and experience and information obtained from other agents, officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal

complaint and arrest warrant and does not set forth all of my knowledge about this matter. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that a violation of 21 U.S.C. §§ 841(a)(1) and 846, possession with intent to distribute marijuana and conspiracy to possess with the intent to distribute marijuana, has been committed by Khaliq Hall.

4. In March 2022, an officer with the Richmond Police Department was monitoring social media posts and observed an Instagram account in the name "gasbaggkhak." The account included a post indicating the poster was hiding four ¼ pound packages of marijuana in four separate locations within the City of Richmond in an event the poster billed as a "Snatch n Grabbbb."

5. Your affiant knows that "gas" is a common street slang term for marijuana, referring to the pungent odor of marijuana.

6. Shortly thereafter, following review of the Instagram post listed above, several Richmond Police officers were able to surveille a group of individuals in the 200 block of West Clay Street, Richmond, Virginia, holding a bag that would be consistent with a ¼ pound of marijuana. The individuals left the bag in the area and the officers retrieved it. Inside the officers found a ¼ pound of a green leafy substance that appeared to the officers to be marijuana.

7. Through further investigation of the Instagram account, Richmond Police officers were able to find a link to a webpage offering marijuana for sale through Telegram, a cellular application. The Telegram thread was titled "Gas Bagg," and contained a business number of (804) 244-3912, with instructions for customers to "text with your name & send a pic of you holding your ID to get locked in 100." The thread also provided a Cash App link named $GasBagg2820 and included a photograph of an individual later identified as Khaliq Hall.

8. The Telegram thread posted prices for a "pool," which your affiant knows is a common street term for an "8-ball," or an eighth of an ounce (3.5 grams) of a controlled substance. The thread also listed prices for larger quantities of marijuana, with a pound costing $2,400.

9. A post on the thread in May 2022 indicated that Gas Bagg would ship the marijuana out of state.

10. Investigation determined that the registered e-mail for gasbaggkhak was hallkhaliq2@gmail.com and used phone number (804) 244-3912. Further Hall is listed as the owner of Gas Bagg LLC with the Virginia State Corporation Commission.

11. Hall's Instagram account has several photographs of him standing on a balcony at a location officers identified as the Cedar Broad Apartments, 1820 East Broad Street, Richmond, Virginia. In one of these photographs, the balcony door is open and several large bags of a green leafy substance appear in the background.

12. Authorities determined that apartment 302 at the Cedar Broad Apartments was rented in the name Marlin Jones. On the apartment application, Jones listed his employer as Gas Bagg LLC and his supervisor as Khaliq Hall. Jones also provided an earning statement from Gas Bagg LLC, which listed the telephone number as (804) 244-3912.

13. On January 23, 2022, a Drug Enforcement Administration Task Force Officer stopped Jones and another individual shortly after the two retrieved two bags from the luggage carousel at Dulles International Airport in Dulles, Virginia. The two had just returned to Virginia from Los Angeles. The officer conducted a consent search of the bags and recovered a total of approximately 50 pounds of what field tested positive for marijuana. The marijuana was in vacuum seal bags.

14. On February 16, 2022, a detective with the Charlotte-Mecklenburg Police Department stopped Jones and the same other individual from the Dulles stop at the Charlotte Douglas International Airport. On this day, a K-9 alerted to the odor of marijuana emanating from a suitcase that had been checked to Los Angeles, California. The tag on the suitcase listed the name of the individual traveling with Jones, who had arrived in Charlotte from Richmond, Virginia that day. Officers recovered $7,900 from Jones and $24,100 and vacuum seal bags from the other individual.

15. On July 2, 2022, Richmond Police officers executed a search warrant at apartment 302, 1820 West Broad Street. Hall and three other individuals were present at the time the officers entered the apartment. Jones was not one of those individuals. Officers recovered the following items:

    a. In one bedroom - 15 boxes of marijuana, a Schedule I controlled substance, totaling 137.38 pounds; and 1.34 pounds of mushrooms containing Psilocyn, a Schedule I controlled substance;

    b. In another bedroom - 12 boxes of marijuana, totaling 119.26 pounds; 80 grams of edibles, a form of oral ingestion of THC; and 2 grams of cocaine;

    c. In the living room - 8 boxes of marijuana, totaling 81.25 pounds; 203 grams of mushrooms containing Psilocyn; 62 grams of edibles; 11 bottles of wax containing THC; zip lock and vacuum bags; digital scales; an American Tactical Imports, Omni Hybrid .556 caliber rifle; 30 rounds of .223 rifle; a Glock model 26 9 mm semi-automatic pistol; 19 rounds 9mm ammo; an HS Produkt, model XDM 9mm pistol; 17 rounds 9mm ammo; and 1 jar of wax containing THC;

   d. In the living room/kitchen area – cocaine, marijuana. a vacuum sealer, a cash counter, a card scanner and zip-lock bags;

   e. In the Kitchen – a Glock model 22 .40 caliber semi-automatic pistol, 14 rounds .40 caliber ammunition, assorted ammunition, and a Gas Bag sign;

   f. In the Kitchen/laundry room area - $5120 in U.S. currency, and vacuum sealed baggies;

   g. In the front closet - ground-up mushrooms, 4.66 pounds of marijuana, numerous suitcases.

   h. From the person of Khaliq Hall – several pills containing Oxycodone, and $525.

16. According to records from the Virginia Employment Commission, Khaliq Hall has had no legitimate source of income during the relevant period of time.

17. I know from my training and experience that these quantities of marijuana by themselves, but also when coupled with packaging material, digital scales, large sums of United States currency and firearms, are indicative of distribution, not with personal use.

Respectfully submitted,

Rodney D. Ward
Task Force Officer, ATF

Sworn and attested to me by the affiant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on February 8, 2023.

/s/ MRC
Mark R. Colombell
United States Magistrate Judge

5